**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: December 3, 2019

**Clerk of Circuit and County Courts**
15th Judicial Circuit of Florida
Palm Beach County Courthouse
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL 33401

RE:  District Court Case No.: 9:19–cv–81325–RKA

State Court Case No.: 502019CC011402XXXXMB

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Angela E. Noble, Clerk of Court

By  _/s/ Janier Arellano_
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: December 3, 2019

**Clerk of Circuit and County Courts**
15th Judicial Circuit of Florida
Palm Beach County Courthouse
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL 33401

RE:  District Court Case No.: 9:19–cv–81325–RKA

State Court Case No.: 502019CC011402XXXXMB

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby ackonwledges receipt of the District Court's certified copy of the Order of Remand.

By:_____
    Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  _/s/ *Janier Arellano*_
Deputy Clerk